UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
JAMES J. VILT, JR. - CLERK

DEC 2 0 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 3: 23 CR-150-RGJ

**DOMINIQUE THOMPSON**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Possession of a Firearm by a Convicted Felon)*

On or about September 7, 2023, in the Western District of Kentucky, Jefferson County,

Kentucky, the defendant, **DOMINIQUE THOMPSON**, knowingly possessed, in and affecting

commerce, a firearm, that is a Ruger, Model AR-556, 5.56 caliber pistol, bearing serial number

857-53484; a Glock, Model 17 Gen5, 9 millimeter pistol, bearing serial number BUNH242; and

ammunition, with knowledge that he had previously been convicted in a court of a crime

punishable by imprisonment for a term exceeding one year, to wit:

On or about May 23, 2023, in Jefferson Circuit Court, Jefferson County, Kentucky,
in Case Number 22-CR-0654, **DOMINIQUE THOMPSON**, was convicted of the
offenses of Possession of a Handgun by a Convicted Felon, Illegal Possession of a
Controlled Substance in the First Degree Schedule I Heroin, and Illegal Possession
of a Controlled Substance in the First Degree Schedule II Fentanyl (two counts),
each a felony;

On or about March 18, 2021, in Jefferson Circuit Court, Jefferson County,
Kentucky, in Case Number 19-CR-000899, **DOMINIQUE THOMPSON**, was
convicted of the offenses of Receiving Stolen Property, and Possession of a Firearm
by a Convicted Felon, each a felony.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 2
### *(Illegal Possession of a Machine Gun)*

On or about September 7, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DOMINIQUE THOMPSON**, did knowingly possess a machine gun, that is, a Glock, Model 17 Gen5, 9 millimeter pistol, bearing serial number BUNH242, and a Glock Switch, bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

## COUNT 3
### (*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*)

On or about September 7, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **DOMINIQUE THOMPSON**, did knowingly possess a firearm, that is, a Ruger, Model AR-556, 5.56 caliber pistol, bearing serial number 857-53484, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1), 922(o), 924(a)(2), 924(a)(8), and 924(c)(1)(A), as specifically charged in this Indictment, the defendant, **DOMINIQUE THOMPSON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms, magazines, and ammunition involved in the commission of said offenses, including but not limited to a Ruger, Model AR-556, 5.56 caliber pistol, bearing serial number

857-53484; a Glock, Model 17 Gen5, 9 millimeter pistol, bearing serial number BUNH242; a Glock Switch, bearing no serial number; a Taurus, Model G3, 9 millimeter pistol, bearing serial number ABN360092; a Smith & Wesson, Model M&P 15 Sport, 5.56 rifle, bearing serial number TN52738; a Glock, Model 20, 10 millimeter pistol, bearing serial number BWHK786; a Springfield Armory, Model Saint, multi-caliber pistol, bearing serial number ST151332; an American Tactical imports, Model Omni Hybrid, multi-caliber rifle, bearing serial number NS025910; a Ruger, Model SR-556, 5.56 caliber rifle, bearing serial number 859033719; and ammunition.

A TRUE BILL.

Redacted

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:APG:12/20/2023

UNITED STATES OF AMERICA v. DOMINIQUE THOMPSON

## PENALTIES

Count 1: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 3: NL 5 years consecutive/$250,000/both/NM 5 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.   That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.   Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:            Clerk, U.S. District Court
                      106 Gene Snyder U.S. Courthouse
                      601 West Broadway
                      Louisville, KY  40202
                      502/625-3500

BOWLING GREEN:         Clerk, U.S. District Court
                      120 Federal Building
                      241 East Main Street
                      Bowling Green, KY  42101
                      270/393-2500

OWENSBORO:             Clerk, U.S. District Court
                      126 Federal Building
                      423 Frederica
                      Owensboro, KY  42301
                      270/689-4400

PADUCAH:               Clerk, U.S. District Court
                      127 Federal Building
                      501 Broadway
                      Paducah, KY  42001
                      270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.